IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY KENNEDY,

        Plaintiff,                   No. CIV S-10-2690 EFB P

    vs.

PORTER,

        Defendant.               ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d).

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: October 18, 2010.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE